UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA LOCAL 235 FRINGE BENEFIT FUNDS AND THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA LOCAL 235, <br><br> Plaintiffs, <br><br> -against- <br><br> STEVEN MARCUS CONCRETE INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) Index No: 24-cv-2642 (KMK) <br> ) <br> ) DEFAULT JUDGMENT <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

This action having been commenced on April 8, 2024 with the filing of the summons and complaint and the summons and complaint were served upon the Employer on April 10, 2024 via NYS Secretary of State and proof of such service thereof was filed on April 11, 2024 and the defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that Plaintiffs have judgment against Defendant in the liquidated amount of Eighteen Thousand One Hundred Seventy-Four Dollars and Thirty-Eight Cents ($18,174.38) which includes the following: $12,087.90 in unpaid fringe benefit contributions and for the period August 1, 2023 through to and including September 30, 2023; $921.70 in interest calculated at 10% per annum, compounded annually, for the period of October 1, 2023 through June 30, 2024; $2,417.58 in liquidated damages calculated at 20% of the principal amount due for unpaid fringe benefit contributions for the period August 1, 2023 through September 30, 2023; attorneys' fees in the amount of $2,270.00; court costs and disbursements in the amount of $477.00 pursuant to the Agreement and in accordance with Section 502(g)(2)(D) of ERISA 29 U.S.C. 1132 (g)(2)(D)).

ORDERED, that the Judgment rendered by the Court on this day in favor of the Plaintiffs is entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: White Plains, New York
      October 4        , 2024

So Ordered:

So Ordered:

_____
Honorable Kenneth M. Karas, U.S.D.J.